AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*    DISTRICT OF   NEVADA

PETER J. MUNOZ, JR.

     Petitioner,         JUDGMENT IN A CIVIL CASE
V.

          CASE NUMBER: **3:11-CV-00197-LRH-RAM**

GREGORY SMITH, et al.,

     Respondents.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED without prejudice as untimely.


  August 23, 2011                                        **LANCE S. WILSON**
                                                                           Clerk


                                                                            /s/ Katie Lynn Ogden
                                                                               Deputy Clerk