UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| PETER MUNOZ, JR.,<br>　　　　　　Petitioner,<br>vs.<br>GREGORY SMITH, *et al.*,<br>　　　　　　Respondents. | Case no. 3:11-cv-00197-LRH-RAM<br><br>SCHEDULING ORDER |

The court being advised through the Deputy Court Clerk that counsel have inquired concerning the prospect of a scheduling order relative to the hearing in this matter, and also the need for a status conference, and the court having considered this matter, and finding that pre-hearing briefing is warranted relative to the pending issues concerning equitable tolling, and GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that an opening pre-hearing brief be filed on behalf of Petitioner on or before March 3, 2014, a response be filed by Respondents on or before March 31, 2014, and that Petitioner may file a reply within fifteen days after the filing of Respondents' response. The parties may attach exhibits to their briefs.

IT IS FURTHER ORDERED that the presently scheduled telephonic status conference for March 31, 2014, and the hearing scheduled for April 28, 2014, are VACATED.

IT IS FURTHER ORDERED that the parties shall confer with Dionna Negrete, Deputy Court Clerk, with regard to re-scheduling the hearing on this matter.

///

1        IT IS FURTHER ORDERED that a list of proposed witnesses and exhibits shall be filed
2 no later than ten (10) days before the re-scheduled hearing date.

4        IT IS SO ORDERED.
5        DATED this 28th day of January, 2014.

                                        LARRY R. HICKS
                                      UNITED STATES DISTRICT JUDGE