UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PETER J. MUNOZ, JR., | 3:11-CV-197-LRH-RAM |
| Plaintiff, | |
| v. | MINUTE ORDER |
| GREGORY SMITH, *et al.*, | DATE: May 16, 2014 |
| Defendants. | |

PRESENT: <u>THE HONORABLE LARRY R. HICKS</u>, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: <u>  NONE APPEARING  </u>   REPORTER: <u>  NONE APPEARING  </u>

COUNSEL FOR PLAINTIFF(S): <u>     NONE APPEARING     </u>

COUNSEL FOR DEFENDANT(S): <u>     NONE APPEARING     </u>

**MINUTE ORDER IN CHAMBERS**:

      Before the court is Petitioner's Motion to Reset Evidentiary Hearing Date and/or Location, [doc #41]. Good cause appearing,

      IT IS ORDERED that Petitioner's Motion to Reset Evidentiary Hearing Date and/or Location is GRANTED.

      IT IS FURTHER ORDERED, the Evidentiary hearing currently set for June, 5, 2014, in Reno is continued to Thursday, July 10, 2014, at 12:30 p.m. in a Las Vegas Courtroom to be determined before Judge Larry R. Hicks.

      IT IS SO ORDERED.

                                        LANCE S. WILSON, CLERK

                                        By: <u>          /s/          </u>
                                                     Deputy Clerk