# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

PETER J. MUNOZ, JR.,

    Petitioner,

vs.

GREGORY SMITH, et al.,

    Respondents.

Case No. 3:11-cv-00197-LRH-RAM

**ORDER**

The parties having submitted a joint motion for leave to conduct limited discovery (#52), and good cause appearing;

IT IS THEREFORE ORDERED that the joint motion for leave to conduct limited discovery (#52) is **GRANTED**. The parties shall take the necessary steps for the issuance of the subpoena attached to the motion.

DATED this 10th day of June, 2014.

_____
LARRY R. HICKS
UNITED STATES DISTRICT COURT