# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

PETER J. MUNOZ, JR.,

    Petitioner,

vs.

GREGORY SMITH, WARDEN, et al.,

    Respondents.

Case No. 3:11-cv-00197-LRH-RAM

**ORDER**

Petitioner has filed a second amended petition (ECF No. 89). The court has reviewed it pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts. The court will direct respondents to file a response.

IT IS THEREFORE ORDERED that respondents shall have forty-five (45) days from the date of entry of this order to answer or otherwise respond to the second amended petition (ECF No. 89). If respondents file and serve an answer, then they shall comply with Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts, and then petitioner shall have forty-five (45) days from the date on which the answer is served to file a reply. If respondents file a motion, then the briefing schedule of Local Rule LR 7-2 shall apply.

DATED this 4th day of December, 2017.

                                                                _____
                                                                LARRY R. HICKS
                                                                UNITED STATES DISTRICT JUDGE