# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

PETER J. MUNOZ, JR.,

    Petitioner,

vs.

GREGORY SMITH, WARDEN, et al.,

    Respondents.

Case No. 3:11-cv-00197-LRH-RAM

**ORDER**

Respondents having filed a motion for enlargement of time (first request) (ECF No. 91), and good cause appearing;

IT IS THEREFORE ORDERED that respondents' motion for enlargement of time (first request) (ECF No. 91) is **GRANTED**. Respondents will have through February 27, 2018, to file and serve a response to the second amended petition (ECF No. 89).

DATED this 16th day of January, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE