# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

PETER J. MUNOZ, JR.,

    Petitioner,

vs.

GREGORY SMITH, WARDEN, et al.,

    Respondents.

Case No. 3:11-cv-00197-LRH-RAM

**ORDER**

    Petitioner having filed an unopposed motion for extension of time (ECF No. 94), and good cause appearing;

    IT IS THEREFORE ORDERED that petitioner's unopposed motion for extension of time (ECF No. 94) is **GRANTED**. Petitioner will have through April 12, 2018, to file and serve a response to the motion to dismiss (ECF No. 93).

    DATED this 19th day of March, 2018.

                                             LARRY R. HICKS
                                             UNITED STATES DISTRICT JUDGE