# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PETER J. MUNOZ, JR.,<br><br>   Petitioner,<br><br> v.<br><br>GREGORY SMITH, et al.,<br><br>   Respondents. | Case No. 3:11-cv-00197-LRH-RAM<br><br>**ORDER** |

Respondents having filed an unopposed motion for enlargement of time (first request) (ECF No. 99), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' unopposed motion for enlargement of time (first request) (ECF No. 99) is **GRANTED**. Respondents will have through November 26, 2018, to file an answer.

DATED this 5th day of November, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

1