# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PETER J. MUNOZ, JR., | Case No. 3:11-cv-00197-LRH-RAM |
| Petitioner, | **ORDER** |
| v. | |
| GREGORY SMITH, et al., | |
| Respondents. | |

Respondents have filed a motion for leave to file exhibit under seal (ECF No. 103). The exhibit is petitioner's pre-sentence investigation report, which contains confidential information. The court grants respondents' request.

Petitioner has filed an unopposed motion for extension of time (first request) (ECF No. 105). The court grants petitioner's request.

IT THEREFORE IS ORDERED that respondents' motion for leave to file exhibit under seal (ECF No. 103) is **GRANTED**.

IT FURTHER IS ORDERED that that petitioner's unopposed motion for extension of time (first request) (ECF No. 105) is **GRANTED**. Petitioner will have through January 28, 2019, to file a reply to the answer (ECF No. 101).

DATED this 2nd day of January, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

1