# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PETER J. MUNOZ, JR., <br><br> Petitioner, <br><br> v. <br><br> GREGORY SMITH, et al., <br><br> Respondents. | Case No. 3:11-cv-00197-LRH-RAM <br><br> **ORDER** |

Petitioner has filed a motion for partial dismissal of the second amended petition (ECF No. 108). Respondents do not oppose the motion (ECF No. 109). The court grants petitioner's request.

IT THEREFORE IS ORDERED that petitioner's motion for partial dismissal of the second amended petition (ECF No. 108) is **GRANTED**. Ground 1(C) and ground 2 of the second amended petition (ECF No. 89) are **DISMISSED**.

DATED this 30th day of September, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE